**Michael E. HORTON, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 75044.**

Missouri Court of Appeals, Western District.

Jan. 29, 2013.

S. Kathleen Webber, Assistant Appellate Defender, Kansas City, MO, for Appellant.

Chris Koster, Attorney General, Todd T. Smith, Assistant Attorney General, Jefferson City, MO, for Respondent.

Before Division I: MARK D. PFEIFFER, Presiding Judge, and VICTOR C. HOWARD and ALOK AHUJA, Judges.

## Order

PER CURIAM:

Michael E. Horton appeals from the judgment of the Circuit Court of Clay County, Missouri, denying his Rule 24.035 motion for post-conviction relief without an evidentiary hearing. Finding no error, we affirm in this *per curiam* order. Because a published opinion would have no precedential value, a memorandum setting forth the reasons for this order has been provided to the parties. Rule 84.16(b).